Date: December 29, 2022

Sharon Johnson Coleman

U.S. District Court

Re: Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, 22-cv-03698

Dear Judge Coleman:

    I am Chengzhi Xu, the owner of defendant GoBait in Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, Case No. 22-cv-03698. I write to respectfully request an extension nunc pro tunc of time from the original due date September 7, 2022 to a new deadline January 31, 2023 to file my Answer.

    I ask for this extension because I am pro se, and it was difficult for me to meet this deadline because lack of professional legal support. In addition, since my English is not good, I need opposing counsel mail me a Chinese version of Complaint to my China address.

    This is my first request for an extension.

I have conferred with opposing counsel about this request for an extension, sent request email to their mailbox rmcmurray@hsplegal.com and mhierl@HSPLEGAL.COM on 12/07/2022. However, opposing counsel did not respond. I thank the Court in advance for its consideration.

Respectfully submitted,

*chengzhi xu*
_____

Chengzhi Xu, Pro se Defendant

Address : Room 13A17, Building B, Hall 5, South China City, Longgang, Shenzhen, Guangdong, China

Tel:+86- 13316821657

Email: goodlucks1@126.com