UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Emoji Company GmbH
                          Plaintiff,

v.                                      Case No.:
                                      1:22−cv−03698
                                      Honorable Sharon
                                      Johnson Coleman

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant GoBait's motion for extension of time [52] is stricken for failure to comply with LR 5.3 and this Court's standing orders, which require all motions to be noticed up for presentment before this Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.