# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Emoji Company GmbH

                Plaintiff,

v.

Case No.: 1:22−cv−03698

Honorable Sharon Johnson Coleman

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/20/2023. Parties report that they have settled in principle. Case is dismissed without prejudice for 90 days as to defendant hehhejfusss only. If no motion to reinstate is filed by April 20, 2023, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Defendant hehhejfusss' motion to dismiss under Rule 12(b)(2) [59] is withdrawn. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.