IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 22-cv-3698<br><br>Judge: Sharon Johnson Coleman |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT <u>AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A</u>**

    Plaintiff EMOJI COMPANY GmbH hereby moves this Honorable Court for entry of Default and Default Judgment against the following Defendants, as identified by defendant number and name in Amended Schedule A. Plaintiff files herewith a Memorandum of Law in support. Plaintiff's Motion for entry of Default and Default Judgment disposes of all remaining defendants.

                                                                                         Respectfully submitted,

Dated: February 16, 2023

                                                   By:    <u>s/Michael A. Hierl</u>
                                                            Michael A. Hierl (Bar No. 3128021)
                                                            William B. Kalbac (Bar No. 6301771)
                                                            Robert P. McMurray (Bar No. 6324332)
                                                            Hughes Socol Piers Resnick & Dym, Ltd.
                                                            Three First National Plaza
                                                            70 W. Madison Street, Suite 4000
                                                             Chicago, Illinois 60602
                                                            (312) 580-0100 Telephone
                                                            mhierl@hsplegal.com
                                                            wkalbac@hsplegal.com
                                                            rmcmurray@hsplegal.com
                                                            Attorneys for Plaintiff
                                                            EMOJI COMPANY GmbH

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on February 16, 2023.

/s/ Michael A. Hierl
Michael A. Hierl