# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Emoji Company GmbH

                    Plaintiff,

v.

                    Case No.: 1:22−cv−03698

                    Honorable Sharon Johnson Coleman

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/23/2023. Defendants did not appear nor contact the Court. The Court grants the request of plaintiff to reinstate defendant hehhejfusss because defendant has failed to comply with the settlement. Plaintiff's motion for entry of default and default judgment against the defendants identified in Amended Schedule A [67] is granted. Default judgment is entered in favor of plaintiff and against the defendants identified in Amended Schedule A. Enter Order. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.